1

2

3

4

5

6

7

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

9

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>Defendants.<br><br>ROWE INDUSTRIES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>Counter-Defendant. | Case Number C 06-07164 JF (PVT)<br><br>ORDER[1] GRANTING ADMINISTRATIVE MOTION TO RELATE CASES<br><br>Re: Docket No. 181 |

20

21

22

23

24

25

26

27

Plaintiff Tyco Thermal Controls LLC's unopposed administrative motion to relate *Tyco Thermal Controls LLC v. Rowe Industries, Inc.*, Case No. CV10-01606EMC, to the instant case is GRANTED.  The Clerk shall reassign *Tyco Thermal Controls LLC v. Rowe Industries, Inc.*, Case No. CV10-01606EMC to the undersigned.

IT IS SO ORDERED.

DATED: 4/26/2010

JEREMY FOGEL
United States District Judge

28

---

[1] This disposition is not designated for publication in the official reports.

Case No. CV 06-07164 JF (PVT)
ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES
(JFLC1)