1   MICHAEL J. PIETRYKOWSKI (SBN: 118677)
2   MORDECAI D. BOONE (SBN: 196811)
    BETHANY A. STAHLEY (SBN: 209421)
3   GORDON & REES LLP
    Embarcadero Center West
4   275 Battery Street, Suite 2000
    San Francisco, CA 94111
5   Telephone: (415) 986-5900
    Facsimile: (415) 986-8054

6   mpietrykowski@gordonrees.com, mboone@gordonrees.com
    bstahley@gordonrees.com

7

8   Attorneys for Defendant and Counter-Claimant
    ROWE INDUSTRIES, INC.

9                 UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   TYCO THERMAL CONTROLS   )   CASE NOS. 5:06-cv-07164-JF
    LLC,                           )               5:10-cv-01606-JF
13                               )
                Plaintiff,     )   **ROWE INDUSTRIES, INC.'S**
14                             )   **REQUEST FOR CASE**
      vs.                       )   **MANAGEMENT CONFERENCE;**
15                             )   **[PROPOSED] ORDER THEREON**
    REDWOOD INDUSTRIALS, et al.,   )
16                             )
              Defendants   )
17                             )

18   _____ )
    ROWE INDUSTRIES, INC.,     )
19                             )
20               Counter-Claimant,   )
                            )
21       vs.                     )
                            )
22                           )
    TYCO THERMAL CONTROLS,   )
23   LLC,                         )
                            )
24           Counter-Defendant.   )

25

26

27

28

Gordon & Rees LLP
4675 MacArthur Court
Suite 800
Newport Beach, CA 92660

ROWE/1051980/9705483v.1

1      Pursuant to Federal Rule of Civil Procedure 16, Defendant and Cross-

2  Claimant Rowe Industries, Inc. ("Rowe") hereby requests that the Court schedule

3  a Case Management Conference in this matter as soon as possible.  Rowe requests

4  the Court schedule this Case Management Conference for the purposes of: (1)

5  discussing the current status of the case including Rowe's re-scheduled Motion

6  for Summary Judgment; (2) ongoing and further fact and expert discovery,

7  including additional sampling at the Site, further document production by plaintiff

8  and various third parties, and depositions of fact witnesses specific to the

9  manufacture of "44 wire" at the Site; (3) further discovery that may be necessary

10  and (4) further case management relating to trial date and pre-trial deadlines and

11  trial date.

12      Rowe requests that the Court schedule the Case Management Conference

13  for May 16, 2011 at 9:00 a.m. in Courtroom 3, before the Honorable Judge

14  Jeremy Fogel, presiding, or as soon thereafter as is convenient for the Court.

16  Dated:  May 2, 2011         Respectfully submitted,

17                GORDON & REES LLP

19                Mordecai Boone

                   Attorneys for Defendant and Counter-

20                Claimant

                   ROWE INDUSTRIES, INC.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*Gordon & Rees LLP*
*4675 MacArthur Court*
*Suite 800*
*Newport Beach, CA  92660*

ROWE INDUSTRIES, INC.'S REQUEST FOR CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

1

## [PROPOSED] ORDER

2       For the reasons set forth above, and good causing appearing therefore, the

3  Court hereby orders:

4       1.    A Case Management Conference shall be held in this matter

5  at ___10:30 a.m.___ on ___6/17/11_____.

6

7       IT IS SO ORDERED.

8

9  DATED: ___5/16/11_____

10

11

The Honorable Jeremy Fogel
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Gordon & Rees LLP*
*4675 MacArthur Court*
*Suite 800*
*Newport Beach, CA  92660*

ROWE INDUSTRIES, INC.'S REQUEST FOR CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

**PROOF OF SERVICE**

TYCO THERMAL CONTROLS LLC V. ROWE INDUSTRIES, ET AL.
NORTHERN DISTRICT OF CALIFORNIA CASE NO. C 10-01606 JF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date set forth below, I served the within documents:

1. **DEFENDANT ROWE INDUSTRIES, INC.'S REQUEST FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON.**

☐   by transmitting via electronic mail the document(s) listed above to the e-mail address set forth below on this date before 5:00 p.m.

☒   **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Jordan S. Stanzler, Esq.
STANZLER, FUNDERBURK &
CASTELLÓN LLP
2275 East Bayshore Road, Suite 100
Palo Alto, CA, 94303
Phone: (650) 739-0200
Facsimile: (650) 617-6888
Email: jstanzler@sfcfirm.com
*Plaintiffs' Counsel*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 02, 2011** at San Francisco, California.

_____
Mauricio Calderón